Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00739-JSC |
| Plaintiff, | **APPLICATION FOR ENTRY OF CLERK'S DEFAULT** |
| v. | |
| YURII PROKOPENKO, | |
| Defendant. | |

Plaintiff VIRAL DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant YURII PROKOPENKO ("Prokopenko") hereto on the ground that Prokopenko has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of Matthew L. Rollin in Support of Motion for Entry of Clerk's Default ("Rollin Decl.") filed concurrently herewith demonstrates that on June 11, 2024, Prokopenko was served with his Summons and the Complaint by alternate service by serving Prokopenko via the email address provided by Prokopenko and Google, with a direct link to the www.sriplaw.com/notice website where all documents associated with this matter available for Prokopenko to access and download.

The time allowed for Prokopenko to respond to the Complaint has expired. Neither Viral DRM nor the Court has granted Prokopenko an extension of time to respond to the Complaint.

1  Prokopenko has failed to answer or otherwise respond to the Complaint, or serve a copy of any
2  Answer or other response upon Viral DRM's attorney of record.
3      Viral DRM is informed and believes that Prokopenko is not considered an infant or
4  incompetent person.
5      Viral DRM is informed and believes that the Servicemembers Civil Relief Act does not
6  apply, as Prokopenko is a foreign individual.
7      WHEREFORE, Plaintiff VIRAL DRM LLC requests that a default be entered by the Clerk
8  against Defendant YURII PROKOPENKO and for such other and further relief as to the Court
9  deems just and proper in the premises.

11  DATED:  July 8, 2024          Respectfully submitted,

            */s/ Matthew L. Rollin*
            MATTHEW L. ROLLIN
            **SRIPLAW, P.A.**
            *Counsel for Plaintiff*
            *Viral DRM LLC*