Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

VIRAL DRM LLC,

        Plaintiff,

v.

YURII PROKOPENKO,

        Defendant.

CASE NO.: 3:24-cv-00739-JSC

**DECLARATION OF MATTHEW L. ROLLIN N SUPPORT OF APPLICATION FOR ENTRY OF CLERK'S DEFAULT**

I, Matthew L. Rollin, declare and say:

1.    I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I make this Declaration, which is filed in support of Viral DRM's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2.    On February 07, 2024, Viral DRM filed its Complaint against Defendant YURII PROKOPENKO ("Prokopenko") (ECF 1).

3.    On June 11, 2024, Prokopenko was served with his Summons and the Complaint by alternate service by serving Prokopenko via the email address provided by Prokopenko and Google, with a direct link to the www.sriplaw.com/notice website where all documents associated with this matter available for Prokopenko to access and download. Attached hereto as Exhibit "A" is a true

CALIFORNIA ◆GEORGIA ◆FLORIDA ◆INDIANA ◆ TENNESSEE ◆NEW YORK

**SRIPLAW**

1  and correct copy of the Affidavit of Service on file with the Court, reflecting that Prokopenko was

2  served by alternate service with the Summons and a copy of the Complaint.

3      4.    The time allowed for Prokopenko to respond to the Complaint has expired.

4      5.    Prokopenko has not been granted an extension of time to respond to the Complaint.

5      6.    Prokopenko has failed to answer or otherwise respond to the Complaint, or serve a

6  copy of his Answer or other response upon Viral DRM's attorneys of record.

7      7.    I am informed and do not believe that Prokopenko is an infant or incompetent person,

8  and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

9      I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.

11

12 Executed on July 8, 2024

13

14                    /s/ Matthew L. Rollin
                      MATTHEW L. ROLLIN

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MATTHEW L. ROLLIN                    CASE NO.: 3:24-CV-00739-JSC