UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRAL DRM LLC,

          Plaintiff,

  v.

YURII PROKOPENKO,

          Defendant.

Case No. 3:24-cv-00739-JSC

**NOTICE RE: DEFAULT JUDGMENT PROCEDURE**

As the Clerk of Court has entered default against **Defendant** Yurii Prokpenko (Dkt. No. 25), the Court provides this notice to the parties regarding any default judgment motions filed pursuant to Federal Rule of Civil Procedure 55(b)(2). All motions shall be filed in compliance with Civil Local Rule 7 and include all relevant legal authority and analysis necessary to establish the case. Plaintiff shall file the motion for default judgment **by August 29, 2024**.

The Court VACATES the July 18, 2024 case management conference.

Plaintiff shall serve this notice upon all other parties in this action and file proof of service thereafter.

**IT IS SO ORDERED.**

Dated: July 11, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge