# Exhibit 1

| Link to Infringement | Original Source | Registration Status | Title of Work | Author | CMI Claim | False Counternotice Claim |
| --- | --- | --- | --- | --- | --- | --- |
| https://www.youtube.com/watch?v=LHI_2HTXL5Y | https://www.instagram.com/reel/Cv0e-6nLrkW/?igshid=MzRlODBiNWFlZA%3D%3D&fbclid=IwAR1Lrl5SePYRt-hxYv8B9PAtkQMTmBEqvcPtr-RL28CRp-7m9DbM5bP2P34 | Not Registered | My friend @noahtomkinson wanted me to share their first hand experience in the Lahaina fires | Noah Tomkinson | N | Y |
| https://www.youtube.com/watch?v=TQHZt_m7qM0 | https://www.youtube.com/watch?v=cKI7btWBte8 | Not Registered | 06-15-2023 Perryton, TX - Tornado and Damage plus residents begin cleanup | Brian Emfinger | Y | Y |
| https://www.youtube.com/watch?v=FR-_cCM5LRI | https://www.youtube.com/watch?v=GI6_R2bWzW8 | Not Registered | POWERFUL TORNADO intercepted in Cole, Oklahoma in Dominator Fore | Reed Timmer | N | Y |
| https://www.youtube.com/watch?v=Kxj11L5Yl4w | https://www.youtube.com/watch?v=al8yTiCVfro | PA 2-381-497 | 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian | Max Olson | Y | Y |
| https://www.youtube.com/watch?v=Er92JhMkVVY | https://twitter.com/weather_buffalo/status/1606755893034508290 | Not Registered | Ice starting to develop in the lake! Lake Erie water temp is down to 32 degrees! | Richard Hulburd | N | N/A |
| https://www.youtube.com/watch?v=Tm9VMFTWCl8 | https://www.youtube.com/watch?v=al8yTiCVfro | PA 2-381-497 | 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian | Max Olson | Y | N/A |
| https://www.youtube.com/watch?v=mIvpUnxHSOo | https://www.youtube.com/watch?v=al8yTiCVfro | PA 2-381-497 | 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian | Max Olson | Y | N/A |
| https://www.youtube.com/watch?v=RCLrKHK-9Ng | https://www.instagram.com/p/CwkgqKyyHKu/ | To Be Registered | Hurricane Idalia's Impact: Reversed River & Sailboats Collide! | Brandon Clement | Y | N/A |