Exhibit 1



# FRED
ECONOMIC DATA | ST. LOUIS FED

Search FRED ...

Release Calendar    FRED Tools ⌄    FRED News    FRED Blog    About FRED ⌄

Categories > Money, Banking, & Finance > Interest Rates > Treasury Constant Maturity

⭐ Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1)

DOWNLOAD

Observation
2024-08-23: 4.36
(+ more)
Updated: Aug 26, 2024 3:17 PM CDT

Units:
Percent,
Not Seasonally Adjusted

Frequency:
Daily

1Y | 5Y | 10Y | Max
2019-08-23 to 2024-08-23

EDIT GRAPH ⚙

Shaded areas indicate U.S. recessions.    Source: Board of Governors of the Federal Reserve System (US)    fred.stlouisfed.org

Share Links 🔗    Account Tools ⚙

## NOTES

**Source:** Board of Governors of the Federal Reserve System (US) ⧉    **Release:** H.15 Selected Interest Rates ⧉

**Units:** Percent, Not Seasonally Adjusted

**Frequency:** Daily

For further information regarding treasury constant maturity data, please refer to the H.15 Statistical Release notes and the Treasury Yield Curve Methodology.

**Suggested Citation:**
Board of Governors of the Federal Reserve System (US), Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis [DGS1], retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/DGS1, August 27, 2024.

## RELEASE TABLES

**H.15 Selected Interest Rates**

Selected Interest Rates Instruments, Yields in percent per annum: Daily

## RELATED DATA AND CONTENT

### Data Suggestions Based On Your Search

Market Yield on U.S. Treasury Securities at 5-Year Constant Maturity, Quoted on an ...

Market Yield on U.S. Treasury Securities at 3-Year Constant Maturity, Quoted on an ...

Market Yield on U.S. Treasury Securities at 2-Year Constant Maturity, Quoted on an ...

Market Yield on U.S. Treasury Securities at 3-Month Constant Maturity, Quoted on ...

See More...

### Content Suggestions

FRED Blog
Top FRED Blog posts in 2021

FRED Blog
What's behind the recent surge in the M1 money supply?

FRED Blog
What's happened so far with the return on safe and liquid assets?

ALFRED Vintage Series
Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an ...

See More...

### Other Formats

Annual, Not Seasonally Adjusted    Monthly, Not Seasonally Adjusted    Weekly, Not Seasonally Adjusted

### Related Categories

Treasury Constant Maturity    Interest Rates    Money, Banking, & Finance

### Releases

More Series from H.15 Selected Interest Rates

### Tags

1-Year    Maturity    H.15 Selected Interest Rates    Treasury    Daily    Interest Rate    Interest    Board of Governors    Nation    Public Domain: Citation Requested    Not Seasonally Adjusted
United States of America

▼ Filter 0
NEED HELP?
Questions or Comments
FRED Help

SUBSCRIBE TO THE FRED NEWSLETTER
Email
Subscribe

FOLLOW US

Federal Reserve Bank of St. Louis, One Federal Reserve Bank Plaza, St. Louis, MO 63102

Legal    Privacy Notice & Policy