UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, <br><br> Plaintiff, <br><br> v. <br><br> YURII PROKOPENKO, <br><br> Defendant. | Case No.: 3:24-cv-00739-JSC <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT YURII PROKOPENKO** |

On July 10, 2024, this Court entered default against YURII PROKOPENKO ("PROKOPENKO") [ECF 25].

On October 3, 2024, Plaintiff Viral DRM LLC ("Plaintiff") moved for entry of default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

NOW THEREFORE, considering all papers and matters presented for good cause shown, JUDGMENT IS ENTERED IN FAVOR OF VIRAL DRM LLC AND AGAINST YURII PROKOPENKO ("Prokopenko" or "Defendant").

**JUDGMENT IS ENTERED AS FOLLOWS:**

**A.  Plaintiff's application for default judgment is GRANTED.**

**B.  Permanent Injunctive Relief:**

1.  Defendant, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal

service or otherwise IS HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

    i. Directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted works or to participate or assist in any such activity; and/or

    ii. Directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted works.

**C. Statutory Copyright Damages:**

    1. Plaintiff shall recover $150,000.00 in statutory damages from PROKOPENKO for copyright infringement.

**D. Statutory Damages for Removal of Copyright Management Information:**

    1. Plaintiff shall recover $125,000.00 in statutory damages for PROKOPENKO's removal of copyright information.

**E. Bad Faith and False Counternotice Damages:**

    1. Plaintiff shall recover a total of $10,000.00 in statutory damages for PROKOPENKO's four bad faith and false counternotices.

**F. Amount Plaintiff Shall Recover From the Defendant:**

    1. Plaintiff shall recover $285,000.00 from PROKOPENKO for copyright infringement, removal of copyright management information and damages for bath faith and false counternotices.

**G. Post-Judgment Interest:**

    1. Plaintiff shall recover post judgment interest at the applicable rate from the date of entry of this judgment.

**H. Order Directing Google LLC to Disclose Amount in AdSense's Accounts and Order Directing Google LLC to Pay Over Funds to Plaintiff:**

    1. This Order shall apply to the defendant, the defendant's YouTube channel, and any other YouTube channels, websites, or financial accounts which are being used by the defendant for

the purpose of pirating the plaintiff's copyrighted works. Defaulting Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, Defendant's Google Accounts, YouTube Accounts, and AdSense Accounts and their related companies and affiliates on which this court imposed restraints under the Preliminary Injunction are ordered to continue those restraints until the judgment is fully satisfied the funds restrained to satisfy the monetary judgments and pay those funds over to Plaintiff.

2. Within five business days of being served this judgment, Google LLC is ordered to provide Plaintiff with the balances of the Defendant's AdSense accounts.

3. Within five business days thereafter, Google LLC shall pay over the amounts in those accounts in satisfaction of the judgment. If, after paying over the amounts in those accounts, the judgment remains unsatisfied in whole or in part, then the restraint shall continue in place until the full amount of the judgment owed to the Plaintiff is satisfied.

This is a FINAL JUDGMENT for which execution shall issue.

The Court denies all relief not granted in this judgment.

**SO ORDERED.**

DATED:

UNITED STATES DISTRICT JUDGE
HON. JACQUELINE SCOTT CORLEY