UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>RADIO E TELEVISAO BANDEIRANTES SA,<br><br>        Defendant. | Case No. 24-cv-06509-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 21 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 24-cv-00746-JSC and 24-cv-00739-JSC.

**IT IS SO ORDERED.**

Dated: December 26, 2024

_____
TRINA L. THOMPSON
United States District Judge

Additional Possible Related Case Cases:
3:23-cv-04300-JSC
3:23-cv-05594-JSC
3:24-cv-00747-JSC
3:24-cv-06858-TLT