Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:24-cv-00739-JSC |
| Plaintiff, | **DECLARATION OF MATTHEW L. ROLLIN** |
| v. | |
| YURII PROKOPENKO, | |
| Defendant. | |

I, Matthew L. Rollin, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff VIRAL DRM LLC ("Viral DRM") in the above-captioned matter. I make this Declaration, which is filed in support of Viral DRM's Response to the Court's Order to Show Cause and I could and would testify competently to the matters set forth herein.

2. The videographers at issue in the above caption matter are: 1) Noah Tomkinson; 2) Brian Emfinger; 3) Reed Timmer; 4) Max Olson; 5) Richard Hulburd; and 6) Brandon Clement.

3. Attached hereto as Exhibit 1, are true and correct copies of the following agreements between Viral and LSM: ASSIGNMENT AND TRANSFER OF MEMBERSIDP INTEREST AGREEMENT and Viral DRM/Live Storms Media Mutual Interest Agreement.

4. Attached hereto as Exhibit 2 is the Declaration of Noah Tomkinson.

5. Attached hereto as Exhibit 3 is the Declaration of Brian Emfinger.

6. Attached hereto as Exhibit 4 is the Declaration of Reed Timmer.

7. Attached hereto as Exhibit 5 is the Declaration of Max Olson.

8. Attached hereto as Exhibit 6 is the Declaration of Richard Hulburd.

9. Attached hereto as Exhibit 7 is the Declaration of Brandon Clement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 21, 2025

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN